NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

OCT 31 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| RIDWAN DJUNARDI WIDJAJA, | No. 13-72063 |
| Petitioner, | Agency No. A096-360-112 |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 22, 2018**

Before:  SILVERMAN, GRABER, and GOULD, Circuit Judges.

Ridwan Djunardi Widjaja, a native and citizen of Indonesia, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings. We have jurisdiction under 8 U.S.C. § 1252. We grant the petition and remand.

---

*        This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

**        The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

We grant the respondent's unopposed motion for judicial notice.

Because the BIA did not have the benefit of our intervening opinion in *Salim v. Lynch,* 831 F.3d 1133 (9th Cir. 2016) when rendering its decision in this case, we grant the petition and remand to allow the agency to address the application of *Salim*, if any, to Widjaja's motion to reopen.

**PETITION FOR REVIEW GRANTED; REMANDED.**